FILED: March 7, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4031 (L)
(2:09-cr-00222-12)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RICHARD LEE STEVENS, a/k/a Stump

    Defendant - Appellant

_____

No. 11-4257
(2:09-cr-00222-2)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

FLOYD B. MOORE, a/k/a Jesse, a/k/a Diamond Jesse

    Defendant - Appellant

_____

O R D E R
_____

The Court consolidates Case No. 11-4031 and Case No. 11-

4257. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                            For the Court--By Direction

                                            <u>/s/ Patricia S. Connor, Clerk</u>